**DISMISS and Opinion Filed May 11, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00007-CV

**MARCUS JARROD PAYNE, Appellant**
**V.**
**STACY ELEY (PAYNE), Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-00663**

## MEMORANDUM OPINION
Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

This appeal follows the trial court's memorandum ruling awarding appellee attorney's fees, the sole issue remaining after appellant nonsuited his claims. Because the ruling was not signed by the trial judge, it appeared it did not comply with the requisites of a final judgment and did not trigger the appellate deadlines. *See* TEX. R. APP. P. 26.1 (time for filing notice of appeal in civil cases runs from date judgment is signed); *In re Cas Cos., LP*, 422 S.W.3d 871, 875 (Tex. App.—Corpus Christi 2014, orig. proceeding) (memorandum ruling will be accorded final judgment status if, among other requisites, it is signed by the trial judge).

At our request, the parties filed letter briefs addressing our concern. Both acknowledge a final judgment has not yet been signed. Appellant urges we nonetheless allow the appeal to proceed because he believes "the trial court is suspending its order to negatively affect [his] . . . ability to perfect an appeal." An appellate court, however, cannot create jurisdiction where jurisdiction does not exist. *See Texaco, Inc. v. Shouse*, 877 S.W.2d 8, 11 (Tex. App.—El Paso 1994, no writ). Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

210007F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

MARCUS JARROD PAYNE,
Appellant

No. 05-21-00007-CV        V.

STACY ELEY (PAYNE), Appellee

On Appeal from the 303rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-20-00663.
Opinion delivered by Justice
Schenck, Justices Reichek and
Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 11, 2021